4 pw
7/18/00

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

MICHAEL J. BUSHMAN,                 :    CIVIL NO. 1:00-CV-1230
                                    :
         Petitioner                 :    (Judge Kane)
                                    :
    v.                              :    (Magistrate Judge Smyser)
                                    :
JAKE MENDEZ, Warden,                :    **FILED**
                                    :    HARRISBURG, PA
         Respondent                 :
                                         JUL 17 2000

### ORDER

MARY E. D'ANDREA, CLERK
Per _____
       Deputy Clerk

Petitioner having paid the $5.00 filing fee, **IT IS HEREBY ORDERED** that:

1. Respondent shall show cause on or before **August 7, 2000** why the petitioner should not be granted habeas corpus relief;

2. A determination as to whether or not the petitioner shall be produced for a hearing will be held in abeyance pending the filing of a response;

3. Petitioner shall, if he so desires, file a reply to the response to the show cause order within ten (10) days of its filing; and

4. The Clerk is directed to serve a copy of the petition and this Order on the United States Attorney and to note the address of the United States Attorney on the front of

AO 72A

the docket sheet in this case.  **All documents filed by the parties and by the Court shall be served upon the United States Attorney.**

                                                     */s/ J. Andrew Smyser*
                                                     J. Andrew Smyser
                                                     Magistrate Judge

Dated:  July 17, 2000.

AO 72A