## Return Receipt 1

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   U. S. Attorney General, Janet Reno
   Room #511, Main Justice Building
   10th & Constitution Avenue
   Washington D.C. 20530

**COMPLETE THIS SECTION ON DELIVERY**

A. Received by (Please Print Clearly)   B. Date of Delivery

C. Signature
   X                                    ☐ Agent
                                        ☐ Addressee

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
   ☐ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Copy from service label)
   1-CV-00-1230  3 of 3

PS Form 3811, July 1999   Domestic Return Receipt  SC order 7/17/00   102595-99-M-1789

---

## Return Receipt 2

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   David Barasch, U.S. Attorney
   P.O. Box 11754
   Harrisburg, Pa. 17108

**COMPLETE THIS SECTION ON DELIVERY**

A. Received by (Please Print Clearly)   B. Date of Delivery  JUL 18 20[00]

C. Signature
   X [signature]                        ☐ Agent
                                        ☐ Addressee

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
   ☐ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Copy from service label)
   1-CV-00-1230  2 of 3

PS Form 3811, July 1999   Domestic Return Receipt  SC order 7-17-00   102595-99-M-1789

---

1-CV-00 1[230]
show[s]
orde[r]
7/17/[00]

**FILED**
HARRISBURG

JUL 2 0 20[00]

MARY E. D'ANDRE[A]
Per _____
       Deputy C[lerk]