| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Received by (Please Print Clearly)   B. Date of Delivery<br><br>C. Signature<br>X                                              ☐ Agent<br>                                                ☐ Addressee<br>D. Is delivery address different from item 1? ☐ Yes<br>   If YES, enter delivery address below:   ☐ No |
| 1. Article Addressed to:<br><br>Jake Mendez, warden<br>USP Allenwood<br>PO Box 3000<br>White Deer, Pa 17887 | 3. Service Type<br>☒ Certified Mail     ☐ Express Mail<br>☐ Registered         ☐ Return Receipt for Merchandise<br>☐ Insured Mail       ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)           ☐ Yes |
| 2. Article Number (Copy from service label)<br>7000 0600 0027 5713 4086 | 1-00-CV-1230<br>1 of 3<br>SC. 7-17-00 |

PS Form 3811, July 1999        Domestic Return Receipt        102595-99-M-1789

(6)
7/2[...]

FILED
HARRISBURG, PA

JUL 25 2000

MARY E. D'ANDREA, CLER[K]
Per _____
Deputy Clerk

1-00-CV-12[30]

1 of 3
Show cau[se]
Order
7-17-0[0]