

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

FILED
HARRISBURG, PA

AUG 8 2000

MARY E. D'ANDREA, CLERK
Per _____
Deputy Clerk

MICHAEL J. BUSHMAN,
    Petitioner

v.

JAKE MENDEZ, Warden,
    Respondent

: Civil No. 1:CV-00-1230
: (Kane, J.)
: (Smyser, M.J.)

### O R D E R

AND NOW, this _8TH_ day of _AUGUST_, 2000, upon consideration of respondent's motion for enlargement of time, (Doc. 7) **IT IS HEREBY ORDERED** that the motion is granted. The respondent shall show cause on or before August 28, 2000, why petitioner should not be granted habeas corpus relief.

_____
J. Andrew Smyser
Magistrate Judge