ORIGINAL

(9)
8-11-00
sc

FILED
HARRISBURG, PA

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

AUG 10 2000

MARY E. D'ANDREA, CLERK
Per _____
Deputy Clerk

MICHAEL J. BUSHMAN,
  Petitioner

v.

JAKE MENDEZ, Warden,
  Respondent.

:
:
:
:  Civil Action No. 1:CV-00-1230
:  (Kane, J.)
:  (Smyser, M.J.)
:
:

### PETITIONER'S RESPONSE TO RESPONDENT'S MOTION FOR ENLARGEMENT OF TIME

Petitioner, Michael J. Bushman, responds to the Respondent's Motion for Enlargement of Time, and herewith states to the Court that he has no objections to the granting of same.

However, it is necessary to note that the Respondent is mistaken in their motion that Petitioner is in state custody. That is not the case. Petitioner does not have any state detainers, nor is he in state custody. Petitioner is currently in federal custody.

Dated: August 5, 2000

Respectfully submitted:

Michael J. Bushman
Reg. No. 22758-083
USP Allenwood
P.O. Box 3000
White Deer, PA. 17887-3000

PETITIONER pro se

CERTIFICATE OF SERVICE

I do hereby certify that a true and correct copy of the foregoing pleading was served to the following:

> Kate L. Mershimer, AUSA
> 316 Federal Building
> 240 West Third Street
> Williamsport, PA. 17703

by placing same in a plain wrapper, properly addressed, with sufficient postage affixed thereto, and placing same in an official depository for delivery by the United States Postal Service on this 7 day of August, 2000.

Michael J. Bushman