UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

MICHAEL J. BUSHMAN     : CIVIL NO: 1:CV-00-1230
    Petitioner,     :
         : (Judge Kane)
  v.     :
         : (Magistrate Judge Smyser)
JAKE MENDEZ,     :
    Respondent     :

**ORDER**

FILED
HARRISBURG, PA

SEP 0 8 2000

MARY E. D'ANDREA, CLERK
Per _____
    Deputy Clerk

AND NOW, this 8th day of September, 2000, **IT IS HEREBY ORDERED** that the petitioner's motion (doc. 12) for an extension of time to file a reply to the response is **GRANTED**. The petitioner shall file his reply on or before September 20, 2000.

_____
J. Andrew Smyser
Magistrate Judge

DATED: September 8, 2000.

UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

* * MAILING CERTIFICATE OF CLERK * *

September 8, 2000

Re:  1:00-cv-01230   Bushman v. Mendez

True and correct copies of the attached were mailed by the clerk to the following:

Michael J. Bushman
USP-ALLENWOOD
Maximum Security Correct. Inst.
22758-083
P.O. Box 3000
White Deer, PA  17887

Kate L. Mershimer, Esq.
308 Federal Building
240 West Third Street
P.O. Box 548
Williamsport, Pa  17703

Michael A. Stover, Esq.
U.S. Parole Commission
Office of General Counsel
One North Park Bldg.
5550 Friendship  Blvd.
Chevy Chase, MD  20815

Sharon Gervasoni, Esq.
U.S. Parole Commission
5550 Friendship Boulevard
Chevy Chase, MD  20815

David Barasch
US Atty's Office
2nd Floor
228 Walnut St.
Harrisburg, PA  17108

```
cc:
Judge                         ( )
Magistrate Judge              (✓)
U.S. Marshal                  ( )
Probation                     ( )
U.S. Attorney                 ( )
Atty. for Deft.               ( )
Defendant                     ( )
Warden                        ( )
Bureau of Prisons             ( )
Ct Reporter                   ( )
Ctroom Deputy                 ( )
Orig-Security                 ( )
Federal Public Defender       ( )
Summons Issued                ( )  with N/C attached to complt. and served by:
                                   U.S. Marshal ( )    Pltf's Attorney ( )
Standard Order 93-5           ( )
Order to Show Cause           ( )  with Petition attached & mailed certified mail
                                   to:  US Atty Gen   ( )   PA Atty Gen ( )
                                        DA of County  ( )   Respondents ( )

Bankruptcy Court              ( )
Other _____  ( )
```

MARY E. D'ANDREA, Clerk

DATE: 9/8/00

BY: _____
    Deputy Clerk