ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MICHAEL J. BUSHMAN<br>　　　Petitioner, | CIVIL NO. 1:CV-00-1230 |
| v. | (Judge Kane) |
| JAKE MENDEZ,<br>　　　Respondent. | (Magistrate Judge Smyser) |

## MOTION FOR EXTENSION OF TIME

**NOW COMES**, the Petitioner, Michael J. Bushman, and appearing pro se, hereby files this his MOTION FOR EXTENSION OF TIME in which to reply to the U.S. Magistrate Judge's Report and Recommendation, and requests an extension up to and including October 20, 2000 in which to file these objections.

Petitioner is proceeding in this matter pro se, he is untrained at law and legal procedure. Due to the regime of the High Security Federal Prison his time in the law library is limited, therefore he can not file his objections in an expeditious manner.

Furthermore, the Petitioner avers that he feels that it is necessary to file objections in this matter, as the Magistrate's Report and Recommendations do not set forth a correct statement of the facts and the law thereto.

1

FILED
HARRISBURG, PA

OCT 16 2000

MARY E. D'ANDREA, CLERK
Per _____
　　　Deputy Clerk

WHEREFORE, facts and premises considered, the Petitioner prays that this Court will grant this motion as moved herein.

Dated: October 7, 2000                    Respectfully submitted:

*[signature]*
Michael J. Bushman
Reg. No. 22758-083
USP Allenwood
P.O. Box 3000
White Deer, PA. 17887-3000

CERTIFICATE OF SERVICE:

I do hereby certify that on this 11 day of October, 2000, I caused a true and correct copy of this pleading to be mailed to the respondent.

*[signature]*
Michael J. Bushman