IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MICHAEL J. BUSHMAN | : | CIVIL NO. 1:CV-00-1230 |
| Petitioner | : | |
| | : | |
| v. | : | (Judge Kane) |
| | : | |
| JAKE MENDEZ | : | |
| Respondent | : | |

**FILED**
HARRISBURG, PA

OCT 3 1 2000

MARY E. D'ANDREA, CLERK
Per _____
    Deputy Clerk

### ORDER

A Report and Recommendation was filed in the above-captioned case on October 4, 2000. Objections to the Report and Recommendation were due by October 24, 2000. Petitioner filed a Motion for an Extension of Time requesting he be given until October 20, 2000 to file his objections. Petitioner's objections were received timely filed on October 23, 2000.

**THEREFORE**, this 31st day of October, 2000, Petitioner's Motion for Extension of Time is **DENIED** as Moot.

_____
Yvette Kane
United States District Court

```
                    UNITED STATES DISTRICT COURT
                             FOR THE
                   MIDDLE DISTRICT OF PENNSYLVANIA

                  * * MAILING CERTIFICATE OF CLERK * *

                          October 31, 2000
```

Re:  1:00-cv-01230    Bushman v. Mendez

True and correct copies of the attached were mailed by the clerk to the following:

```
    Michael J. Bushman
    USP-ALLENWOOD
    Maximum Security Correct. Inst.
    22758-083
    P.O. Box 3000
    White Deer, PA   17887

    Kate L. Mershimer, Esq.
    308 Federal Building
    240 West Third Street
    P.O. Box 548
    Williamsport, Pa   17703

    Michael A. Stover, Esq.
    U.S. Parole Commission
    Office of General Counsel
    One North Park Bldg.
    5550 Friendship  Blvd.
    Chevy Chase, MD   20815

    Sharon Gervasoni, Esq.
    U.S. Parole Commission
    5550 Friendship Boulevard
    Chevy Chase, MD   20815

    David Barasch
    US Atty's Office
    2nd Floor
    228 Walnut St.
    Harrisburg, PA   17108
```

```
CC:
Judge                          (✓)
Magistrate Judge               (✓)
U.S. Marshal                   ( )
Probation                      ( )
U.S. Attorney                  ( )
Atty. for Deft.                ( )
Defendant                      ( )
Warden                         ( )
Bureau of Prisons              ( )
Ct Reporter                    ( )
Ctroom Deputy                  ( )
Orig-Security                  ( )
Federal Public Defender        ( )
Summons Issued                 ( )   with N/C attached to complt. and served by:
                                     U.S. Marshal ( )    Pltf's Attorney ( )
Standard Order 93-5            ( )
Order to Show Cause            ( )   with Petition attached & mailed certified mail
                                     to:  US Atty Gen   ( )   PA Atty Gen ( )
                                          DA of County  ( )   Respondents ( )

Bankruptcy Court               ( )
Other_____           ( )
                                                        MARY E. D'ANDREA, Clerk


DATE:   10/31/00                              BY:  _____
                                                   Deputy Clerk
```