**See Attachment**

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MICHAEL J. BUSHMAN, | : | CIVIL ACTION NO. 1:CV-00-1230 |
| Petitioner | : | (Judge Kane) |
| | : | |
| v. | : | |
| | : | |
| JAKE MENDEZ, | : | |
| Respondent | : | |

FILED
HARRISBURG, PA

JAN 31 2001

MARY E. D'ANDREA, CLER
Per _____
Deputy Clerk

### ORDER

Before the Court are Petitioner's Petition for Writ of Habeas Corpus, Response of Respondents, Magistrate Judge's Report and Recommendation, Petitioner's Objections to the Report and Recommendation; Respondent's Brief in Opposition to Petitioner's Objections, and Petitioner's Reply to the Brief in Opposition. Upon independent _de novo_ review of the entire record and the applicable law, the Court accepts and hereby adopts the findings and recommendation of the Magistrate Judge and overrules Petitioner's objections thereto. **AND NOW**, for the reasons fully stated in Magistrate Judge Smyser's Report and Recommendation filed October 4, 2000, **IT IS ORDERED THAT** Petitioner's Writ of Habeas Corpus is **DENIED**. The Clerk shall close the file.

_____
Yvette Kane
United States District Judge

Dated: January 31, 2001

Certified from the record
Date 1-31-01
Mary E. D'Andrea, Clerk
Per _____
Deputy Clerk

UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

* * MAILING CERTIFICATE OF CLERK * *

January 31, 2001

Re:  1:00-cv-01230    Bushman v. Mendez

True and correct copies of the attached were mailed by the clerk to the following:

Michael J. Bushman
USP-ALLENWOOD
Maximum Security Correct. Inst.
22758-083
P.O. Box 3000
White Deer, PA  17887

Kate L. Mershimer, Esq.
308 Federal Building
240 West Third Street
P.O. Box 548
Williamsport, Pa  17703

Michael A. Stover, Esq.
U.S. Parole Commission
Office of General Counsel
One North Park Bldg.
5550 Friendship Blvd.
Chevy Chase, MD  20815

Sharon Gervasoni, Esq.
U.S. Parole Commission
5550 Friendship Boulevard
Chevy Chase, MD  20815

David Barasch
US Atty's Office
2nd Floor
228 Walnut St.
Harrisburg, PA  17108

```
cc:
Judge                          (✓)
Magistrate Judge               (✓)
U.S. Marshal                   ( )
Probation                      ( )
U.S. Attorney                  ( )
Atty. for Deft.                ( )
Defendant                      ( )
Warden                         ( )
Bureau of Prisons              ( )
Ct Reporter                    ( )
Ctroom Deputy                  ( )
Orig-Security                  (✓)
Federal Public Defender        ( )
Summons Issued                 ( ) with N/C attached to complt. and served by:
                                    U.S. Marshal ( )   Pltf's Attorney ( )

Standard Order 93-5            ( )
Order to Show Cause            ( ) with Petition attached & mailed certified mail
                                    to: US Atty Gen    ( )   PA Atty Gen ( )
                                        DA of County  ( )   Respondents ( )

Bankruptcy Court               ( )
Other_____    ( )
```

MARY E. D'ANDREA, Clerk

DATE: 1-31-01

BY: _____
    Deputy Clerk