OFFICE OF THE CLERK

**UNITED STATES COURT OF APPEALS**
FOR THE THIRD CIRCUIT
21400 United States Courthouse
601 Market Street
Philadelphia, PA 19106-1790

Marcia M. Waldron
Clerk

Telephone
267-299-4926

pacer.ca3.uscourts.gov

February 28, 2001

NOTICE OF DOCKETING OF APPEAL

FILED
HARRISBURG
MAR 0 6 2001
MARY E. D'ANDREA, CLERK
Per_____
DEPUTY CLERK

Bushman v. Mendez

No(s): 00-cv-1230

(Honorable Yvette Kane)

An appeal by **Michael J. Bushman** was filed in the above-captioned case on 2/23/01, and docketed in this Court on 2/28/01, at No. **01-1488**.

Kindly use the Appeals Docket No. **01-1488** when sending documents in this matter to the Court of Appeals or requesting information regarding this case.

Marcia M. Waldron
Clerk