(25)
3-15-0
8c

```
Wed Mar 14 10:38:29 2001

    UNITED STATES DISTRICT COURT

    SCRANTON    , PA

Receipt No.   111 133480
Cashier       pamela

Check Number:  1265

DØ Code     Div No
4667        1

Sub Acct Type Tender      Amount
1:086900  N    2          105.00
2:6855XX  C    2           20.00

Total Amount         $    125.00

JANIS HAMMOND 632 DELAURA LANE VIRGI
NIA BEACH, VA 23455

RETURN MONEY AT END OF MONTH




         bn
```

**FILED**
HARRISBURG

MAR 14 2001

MARY E. D'ANDREA, CLERK
Per_____
        DEPUTY CLERK

appeal fee
for 00-1230